IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **ANDREW M. GABRIEL** *on behalf of himself and all others similarly situated,* | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 14-0980 |
| **GIANT EAGLE, INC.,** **MARCKISOTTO MARKETS INC.** *doing business as* "EDGEWOOD GIANT EAGLE" or *doing business as* "GIANT EAGLE" or *doing business as* "GIANT EAGLE PHARMACY #24", **SHAKESPEARE STREET ASSOCIATES GP LLC,** *doing business as* "GIANT EAGLE" or *doing business as* "SHAKESPEARE GIANT EAGLE" or *doing business as* "GIANT EAGLE PHARMACY #17" and **CVS PHARMACY, INC.,** *doing business as* "CVS" or *doing business as* "CVS STORE #4091" | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Chief United States District Judge Joy Flowers Conti United States Magistrate Judge Cynthia Reed Eddy |
| Defendants. | ) | |

**ORDER**

AND NOW, this 11th day of December, 2014, it is hereby **ORDERED, ADJUDGED AND DECREED** that for the reasons set forth in the accompanying memorandum opinion, plaintiff's motion to remand to state court (ECF No. 3) is **DENIED,** and his objections to the report and recommendation (ECF No. 25) are **OVERRULED.**

It is further **ORDERED** that the report and recommendation (ECF No. 24), as supplemented by the accompanying memorandum opinion, is **ADOPTED** as the opinion of the court.

It is further **ORDERED** that the matter is remanded back to the magistrate judge for all further pretrial proceedings.

BY THE COURT:

Dated: December 12, 2014

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief, United States District Judge

cc: all counsel of record via CM-ECF