# IN THE UNITED STATES DISTRICT COURT FOR
# THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANDREW M. GABRIEL** )<br>*on behalf of himself and all others* )<br>*similarly situated*, )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>**GIANT EAGLE, INC.**, )<br>**MARCKISOTTO MARKETS INC.** )<br>*doing business as* )<br>"EDGEWOOD GIANT EAGLE" or )<br>*doing business as* )<br>"GIANT EAGLE" or )<br>*doing business as* )<br>"GIANT EAGLE PHARMACY #24", )<br>**SHAKESPEARE STREET ASSOCIATES** )<br>**GP LLC,** *doing business as* )<br>"GIANT EAGLE" or )<br>*doing business as* )<br>"SHAKESPEARE GIANT EAGLE" or )<br>*doing business as* )<br>"GIANT EAGLE PHARMACY #17" and )<br>**CVS PHARMACY, INC.**, )<br>*doing business as* "CVS" or )<br>*doing business as* )<br>"CVS STORE #4091" )<br>)<br>      Defendants. ) | Civil Action No. 14-0980 |

## ORDER

**AND NOW,** this 19th day of August, 2015**,** it is hereby **ORDERED, ADJUDGED AND**

**DECREED** that for the reasons set forth in the accompanying memorandum opinion,

defendants' motions to dismiss the Third Amended Complaint (ECF Nos. 30, 34) are

**GRANTED** and plaintiff's objections to the report and recommendation (ECF No. 45) are

**OVERRULED**. It is further **ORDERED, ADJUDGED AND DECREED** that the complaint filed by Andrew M. Gabriel is dismissed with prejudice.

It is further **ORDERED** that the report and recommendation (ECF No. 44) as supplemented by the accompanying memorandum opinion is **ADOPTED** as the opinion of the court.

It is further **ORDERED** that the Clerk of Court mark this case **CLOSED**; and

It is further **ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, Plaintiff has thirty (30) days to file a notice of appeal as provided by Rule 3 of the Federal Rules of Appellate Procedure.

BY THE COURT:

Dated: August 19, 2015

/s/ Joy Flowers Conti
Joy Flowers Conti
Chief, United States District Judge

cc: all counsel of record via CM-ECF